AAA Club Alliance Inc.  1 River Place  Wilmington, DE 19801  +1 302-299-4000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tonya James | AAA Club Alliance Inc. | 125720 | 10/01/2017 | 10/14/2017 | 10/20/2017 | |
| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | 2,089.86 | 177.37 | 325.78 | 13.33 | | 1,573.38 |
| YTD | 20,357.77 | 1,584.75 | 3,608.40 | 173.30 | | 14,991.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| EDUCATION/BUS | | | | | 1,010.63 |
| HOLIDAY | | | | | 433.14 |
| OVERTIME | | | | | 27.88 |
| PTO | 10/01/2017-10/14/2017 | 9.75 | 19.25 | 187.69 | 805.63 |
| REGULAR | 10/01/2017-10/14/2017 | 65.3833 | 19.25 | 1,258.64 | 16,674.80 |
| ST OVERTIME | 10/08/2017-10/14/2017 | 0.5333 | 19.25 | 10.27 | 149.28 |
| VPP1 | 09/17/2017-10/14/2017 | 0 | 0 | 633.26 | 1,256.41 |
| | | | | 2,089.86 | 20,357.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 122.57 | 1,195.30 |
| Medicare | 28.67 | 279.55 |
| Federal Withholding | 115.48 | 1,532.07 |
| State Tax - DE | 59.06 | 601.48 |
| Employee Taxes | 325.78 | 3,608.40 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K | 62.70 | 438.05 |
| DENTL | 6.48 | 64.80 |
| HLTH | 104.50 | 1,045.00 |
| PAI | 0.63 | 6.30 |
| VSPP1 | 3.06 | 30.60 |
| Pre Tax Deductions | 177.37 | 1,584.75 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DLIFE | 0.84 | 8.40 |
| FITNESS CTR | | 40.00 |
| SLIFE | 12.49 | 124.90 |
| Post Tax Deductions | 13.33 | 173.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,976.99 | 19,279.07 |
| Medicare - Taxable Wages | 1,976.99 | 19,279.07 |
| Federal Withholding - Taxable Wages | 1,914.29 | 18,841.02 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 6 | 6 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******4276 | ******4276 | | 1,573.38 | USD |

AAA Club Alliance Inc.   1 River Place   Wilmington, DE 19801   +1 302-299-4000

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tonya James | AAA Club Alliance Inc. | 125720 | 11/12/2017 | 11/25/2017 | 12/01/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,452.11 | 158.24 | 154.39 | 23.33 | 1,116.15 |
| YTD | 25,561.19 | 2,084.87 | 4,300.82 | 233.29 | 18,942.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| EDUCATION/BUS | | | | | 1,010.63 |
| HOLIDAY | 11/12/2017-11/25/2017 | 7.5 | 19.25 | 144.38 | 577.52 |
| OVERTIME | | | | | 27.88 |
| PTO | | | | | 1,238.76 |
| REGULAR | 11/12/2017-11/25/2017 | 67.7333 | 19.25 | 1,303.88 | 20,438.21 |
| ST OVERTIME | 11/12/2017-11/18/2017 | 0.2 | 19.25 | 3.85 | 161.81 |
| VPP1 | | | | | 2,106.38 |
| Earnings | | | | 1,452.11 | 25,561.19 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 83.10 | 1,496.99 |
| Medicare | 19.43 | 350.10 |
| Federal Withholding | 27.08 | 1,732.42 |
| State Tax - DE | 24.78 | 721.31 |
| Employee Taxes | 154.39 | 4,300.82 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K | 43.57 | 594.16 |
| DENTL | 6.48 | 84.24 |
| HLTH | 104.50 | 1,358.50 |
| PAI | 0.63 | 8.19 |
| VSPP1 | 3.06 | 39.78 |
| Pre Tax Deductions | 158.24 | 2,084.87 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DLIFE | 0.84 | 10.92 |
| FITNESS CTR | 10.00 | 60.00 |
| SLIFE | 12.49 | 162.37 |
| Post Tax Deductions | 23.33 | 233.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,340.29 | 24,144.93 |
| Medicare - Taxable Wages | 1,340.29 | 24,144.93 |
| Federal Withholding - Taxable Wages | 1,296.72 | 23,550.77 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 6 | 6 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citzens | Citzens ******4276 | ******4276 | | 1,116.15 | USD |

**Earnings Statement**                                                                         **TONYA JAMES**

Company: 0SB21 - BRIANS HOUSE INCORPORATED

Pay Date: 10/06/2017                                                                           Emp #: A818
Period Start: 09/14/2017   757 SPRINGDALE DR                                                   Dept: 202010
Period End: 09/27/2017    EXTON, PA  19341    (610) 399-1175                                   Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular  | 0.00  | 0.00  | 0.00   | 4370.00 |
| Regular  | 10.00 | 10.00 | 100.00 | 712.50  |
| Overtime | 0.00  | 0.00  | 0.00   | 135.00  |
| Holiday  | 0.00  | 0.00  | 0.00   | 160.00  |
| Gross    |       | 10.00 | 100.00 | 5377.50 |

| W/H Taxes | Current Period | Year to Date |
|---|---|---|
| Federal W/H (S/2) | 0.00 | 90.90 |
| Medicare | 1.45 | 77.99 |
| Social Security | 6.20 | 333.44 |
| Penn. State W/H (S/1) | 3.07 | 165.11 |
| 151206,WEST WHITELAND TWP/WEST | 2.50 | 134.45 |
| LST 151206,WEST WHITELAND TWP/ | 2.00 | 30.00 |
| PA UI/HC/WF | 0.07 | 3.77 |

**Deductions**

|  | Current Period | Year to Date |  |
|---|---|---|---|
| Net Pay | 84.71 | 4541.84 | Check No : 59103 |

**Net Pay Distribution**

| | Current Period | Year to Date | | |
|---|---|---|---|---|
| Manual Check | 84.71 | 4361.84 | | |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Hours | 0.00 | 0.27 | 0.00 | 0.27 |
| Vacation Hours | 0.00 | 0.58 | 0.00 | 0.58 |

---

Check No.: 59103

BRIANS HOUSE INCORPORATED
757 SPRINGDALE DR                                        DATE: 10/06/2017
EXTON , PA 19341

**Net Pay:**                                                              $ 84.71

Eighty Four And 71/100 Dollars

TONYA JAMES                                              **For Record Purposes Only**
910 POPLAR ST                                            **\*\*NON-NEGOTIABLE\*\***
COATESVILLE, PA 19320

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8VS | 501230 | 0711DA | | 0000430037 | 1 |

040-0001

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

# Earnings Statement  ADP

Period Beginning: 10/01/2017
Period Ending: 10/14/2017
Pay Date: 10/27/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

TONYA Y JAMES
910 POPLAR ST
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 26.50 | 324.62 | 5,451.24 |
| Training | | | | 208.26 |
| **Gross Pay** | | | **$324.62** | 5,659.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -20.13 | 350.89 |
| | Medicare Tax | -4.70 | 82.06 |
| | PA State Income Tax | -9.97 | 173.76 |
| | Caln Twp Local Svc Tax | -2.00 | 44.00 |
| | Coatesville Income Tax | -8.12 | 141.51 |
| | PA SUI/SDI Tax | -0.23 | 3.96 |
| | Federal Income Tax | | 5.45 |
| | **Other** | | |
| | Hospital Indemn | -14.34 | 258.12 |
| | Mini Med Disabi | -6.72 | 120.96 |
| | Mini Med Vision | -3.22 | 57.96 |
| | Term Life | -3.62 | 65.16 |
| | Expense Reimb | | -501.20 |
| | **Net Pay** | | **$251.57** |
| | Checking 1 | -251.57 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8971313 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| **Week 1:** | | |
| Regular | 17.25 | 211.31 |
| **Week 2:** | | |
| Regular | 9.25 | 113.31 |

Your federal taxable wages this period are $324.62

© 2000 ADP LLC

---

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000430037
Pay date: 10/27/2017

Deposited to the account of
TONYA Y JAMES

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx4276 | xxxx | xxxx | $251.57 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BVS | 501230 | 0711DA | | 0000450038 | 1 |

041-0003

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

**Earnings Statement**   ADP

Period Beginning:  10/15/2017
Period Ending:     10/28/2017
Pay Date:          11/09/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA:      N/A

TONYA Y JAMES
910 POPLAR ST
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 2.00 | 24.50 | 5,475.74 |
| Training | | | | 208.26 |
| **Gross Pay** | | | **$24.50** | 5,684.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8971313 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -1.52 | 352.41 |
| | Medicare Tax | -0.36 | 82.42 |
| | PA State Income Tax | -0.75 | 174.51 |
| | Caln Twp Local Svc Tax | -2.00 | 46.00 |
| | Coatesville Income Tax | -0.61 | 142.12 |
| | PA SUI/SDI Tax | -0.02 | 3.98 |
| | Federal Income Tax | | 5.45 |

| Earnings by Week | Hours | Earnings |
|---|---|---|
| Week 1: Regular | 2.00 | 24.50 |

| | Other | | |
|---|---|---|---|
| | Hospital Indemn | -14.34 | 272.46 |
| | Mini Med Disabi | -1.28 | 122.24 |
| | Term Life | -3.62 | 68.78 |
| | Expense Reimb | | -501.20 |
| | Mini Med Vision | | 57.96 |

**Net Pay**                $0.00

**Net Check**              $0.00

· Your federal taxable wages this period are $24.50

© 2000 ADP, LLC

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000450038
Pay date:      11/09/2017

Deposited to the account of
TONYA Y JAMES

account number    transit ABA    amount

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BVS | 501230 | 0711DA | | 00000470036 | 1 |

040-0003

**Earnings Statement** ADP

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 10/29/2017
Period Ending: 11/11/2017
Pay Date: 11/24/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: N/A

TONYA Y JAMES
910 POPLAR ST
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 5.25 | 64.31 | 5,540.05 |
| Training | | | | 208.26 |
| **Gross Pay** | | | **$64.31** | 5,748.31 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -3.99 | 356.40 |
| Medicare Tax | | -0.93 | 83.35 |
| PA State Income Tax | | -1.97 | 176.48 |
| Caln Twp Local Svc Tax | | -2.00 | 48.00 |
| Coatesville Income Tax | | -1.61 | 143.73 |
| PA SUI/SDI Tax | | -0.04 | 4.02 |
| Federal Income Tax | | | 5.45 |
| Other | | | |
| Hospital Indemn | | -14.34 | 286.80 |
| Mini Med Disabi | | -6.72 | 128.96 |
| Mini Med Vision | | -3.22 | 61.18 |
| Term Life | | -3.62 | 72.40 |
| Expense Reimb | | | -501.20 |
| **Net Pay** | | | **$25.87** |
| Checking 1 | | | -25.87 |
| **Net Check** | | | **$0.00** |

Other Benefits and Information | this period | total to date
Empl Id | | 8971313

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| Week 2: | | |
| Regular | 5.25 | 64.31 |

Your federal taxable wages this period are $64.31

© 2000 ADP, LLC

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000470036
Pay date: 11/24/2017

Deposited to the account of
TONYA Y JAMES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4276 | xxxx xxxx | $25.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 8VS | 501230 | 0711DA | | 0000490035 | 1 |

040-0003

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

**Earnings Statement**  ADP

Period Beginning: 11/12/2017
Period Ending: 11/25/2017
Pay Date: 12/08/2017

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    2
  PA:         N/A

TONYA Y JAMES
910 POPLAR ST
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 12.50 | 153.13 | 5,693.18 |
| Training | | | | 208.26 |
| **Gross Pay** | | | **$153.13** | 5,901.44 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -9.49 | 365.89 |
| Medicare Tax | | -2.22 | 85.57 |
| PA State Income Tax | | -4.70 | 181.18 |
| Caln Twp Local Svc Tax | | -2.00 | 50.00 |
| Coatesville Income Tax | | -3.83 | 147.56 |
| PA SUI/SDI Tax | | -0.11 | 4.13 |
| Federal Income Tax | | | 5.45 |
| **Other** | | | |
| Hospital Indemn | | -14.34 | 301.14 |
| Mini Med Disabi | | -6.72 | 135.68 |
| Mini Med Vision | | -3.22 | 64.40 |
| Term Life | | -3.62 | 76.02 |
| Expense Reimb | | | -703.60 |
| **Adjustment** | | | |
| Expense Reimb | | +202.40 | |
| **Net Pay** | | **$305.28** | |
| Checking 1 | | -305.28 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8971313 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

VERIFY THAT YOUR HOME ADDRESS IS CORRECT AND MAKE ANY NECESSARY CHANGES THROUGH THE PORTAL.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| Week 1: | | |
| Regular | 6.50 | 79.63 |
| Week 2: | | |
| Regular | 6.00 | 73.50 |

Your federal taxable wages this period are $153.13

© 2000 ADP, LLC

---

NHS CHESTER COUNTY
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number:  00000490035
Pay date:       12/08/2017

Deposited to the account of
TONYA Y JAMES

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx4276 | xxxx xxxx | $305.28 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Current Year 2017 [0SB21] BRIANS HOUSE INCORPORATED Current Server Time (Central): **Dec 07 2017, 09:13:54 AM**

📄 Export To PDF >

**Earnings Statement**   **TONYA JAMES**

Company: 0SB21 - BRIANS HOUSE INCORPORATED

Pay Date: 12/01/2017
Period Start: 11/09/2017   757 SPRINGDALE DR
Period End: 11/22/2017   EXTON, PA  19341   (610) 399-1175

Emp #: A818
Dept: 202010
Pay Basis: Hourly

| **Earnings** | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 0.00 | 0.00 | 0.00 | 4370.00 |
| Regular | 10.00 | 0.00 | 0.00 | 712.50 |
| Regular | 11.00 | 9.25 | 101.75 | 101.75 |
| Overtime | 0.00 | 0.00 | 0.00 | 135.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 160.00 |
| **Gross** | | 9.25 | 101.75 | 5479.25 |

| **W/H Taxes** | Current Period | Year to Date |
|---|---|---|
| Federal W/H (S/2) | 0.00 | 90.90 |
| Medicare | 1.48 | 79.47 |
| Social Security | 6.31 | 339.75 |
| Penn. State W/H (S/1) | 3.12 | 168.23 |
| 151206,WEST WHITELAND TWP/WEST | 2.54 | 136.99 |
| LST 151206,WEST WHITELAND TWP/ | 2.00 | 32.00 |
| PA UI/HC/WF | 0.07 | 3.84 |

| **Deductions** | Current Period | Year to Date |
|---|---|---|
| 403B Percentage | 3.05 | 3.05 |

| **Net Pay** | 83.18 | 4625.02 | Voucher No.: 109993954DD |
|---|---|---|---|

| **Net Pay Distribution** | | | |
|---|---|---|---|
| Direct Deposit Net Check | 53.18 | 4415.02 | A/C:4276 |
| Direct Dep. Distribution 1 | 30.00 | 210.00 | A/C:3712 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick Hours | 0.00 | 0.27 | 0.00 | 0.27 |
| Vacation Hours | 0.00 | 0.58 | 0.00 | 0.58 |
| 403B ER Contribution | 2.04 | 2.04 | *Company Match | |
| 403B Percentage - Match | 1.53 | 1.53 | *Company Match | |

**Voucher No.: 109993954DD**

https://www.paycomonline.net/v4/cl/ar1-earnstatement.php?getstr=YTo5OntzOjEwOiJjbG... 12/7/2017

BRIANS HOUSE INCORPORATED  
757 SPRINGDALE DR  
EXTON , PA 19341

DATE: **12/01/2017**

| Net Pay: | $ 83.18 |
|---|---|
| Eighty Three And 18/100 Dollars | |

TONYA JAMES  
910 POPLAR ST  
COATESVILLE, PA 19320

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

<< CONTINUE



Terms of Use | Privacy Policy | © 2017 Paycom | All Rights Reserved.

https://www.paycomonline.net/v4/cl/ar1-earnstatement.php?getstr=YTo5OntzOjEwOiJjbG... 12/7/2017