# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-18058-ELF

TONYA Y JAMES

910 POPLAR ST

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TONYA Y JAMES

    910 POPLAR ST

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

Date: 2/22/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee