**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TONYA Y JAMES                                    Chapter 13

                    Debtor                       Bankruptcy No. 17-18058-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

**Date: May 16, 2018**
                    _____
                                        Eric L. Frank
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382

Debtor:
TONYA Y JAMES

910 POPLAR ST

COATESVILLE, PA 19320