United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-18058-elf
Tonya Y. James                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 1                  Date Rcvd: May 16, 2018
                               Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db          +Tonya Y. James,    910 Poplar St,    Coatesville, PA 19320-3374
14021231    +American water,    800 Hershey Park Drive,    Hershey, PA 17033-2400
14051580     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14052653    +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
              Tucson, AZ 85712-1083
14045406    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14021232    +Midland Mortgage,    999 Northwest Grand Blvd,    Oklahoma City, OK 73118-6051
14052549    +Nordstrom, Inc.,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
              Saint Cloud Mn 56302-7999
14045565    +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14031662    +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:08     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:04
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:18:24    Orion (VERIZON),
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14036251     E-mail/Text: ally@ebn.phinsolutions.com May 17 2018 02:21:34     Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
14021233    +E-mail/Text: bankruptcygroup@peco-energy.com May 17 2018 02:21:46     PECO,
              BANKRUPTCY DEPARTMENT,    2301 Market St.,    N3-1,    Philadelphia, PA 19103-1338
14051345    +E-mail/Text: bankruptcygroup@peco-energy.com May 17 2018 02:21:46     PECO Energy Company,
              2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14022367    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:18:24
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14048826     E-mail/Text: tidewaterlegalebn@twcs.com May 17 2018 02:21:40     Tidewater Finance Company,
              PO Box 13306,    Chesapeake, VA 23325
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              JOSEPH F. CLAFFY    on behalf of Debtor Tonya Y. James claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TONYA Y JAMES                               Chapter 13

                    Debtor            Bankruptcy No. 17-18058-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 16, 2018**
_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382


Debtor:
TONYA Y JAMES

910 POPLAR ST

COATESVILLE, PA 19320